## ABELS v. RENFRO CORPORATION

No. 397P97

Case below: 126 N.C.App. 800

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 2 October 1997.

## BECK v. ROWAN COUNTY

No. 359P97

Case below: 126 N.C.App. 634

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 October 1997.

## BETHANIA TOWN LOT COMMITTEE v. CITY OF WINSTON-SALEM

No. 402PA97

Case below: 126 N.C.App. 783

Notice of appeal by plaintiffs pursuant to G.S. 7A-30 (substantial constitutional question) retained 2 October 1997. Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 allowed 2 October 1997.

## BIOXY, INC. v. CRAFT

No. 368P97

Case below: 126 N.C.App. 634

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 2 October 1997.

## BRADY v. N.C. BD. OF DENTAL EXAMINERS

No. 398A97

Case below: 126 N.C.App. 829

Petition by petitioner (Brady) for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals denied 2 October 1997.